**Betty J. VERNON, Appellant,**

v.

**NORTH POINT FORD; Ford Motor Credit, (1); Tri–Ford Mercury; Ford Motor Company; Ford Motor Credit, (2), Appellees.**

No. 00–3773.

United States Court of Appeals, Eighth Circuit.

Submitted June 7, 2001.

Decided June 12, 2001.

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

PER CURIAM.

Betty J. Vernon appeals from the district court's[1] dismissal of her pro se action alleging state and federal law violations related to her purchase of an automobile and to a subsequent state court action. After de novo review of the record, *see Charchenko v. City of Stillwater,* 47 F.3d 981, 982 (8th Cir.1995); *Springdale Educ. Ass'n v. Springdale Sch. Dist.,* 133 F.3d 649, 651 (8th Cir.1998), we conclude dismissal was proper for the reasons stated by the district court.

---

1. The HONORABLE GEORGE HOWARD, JR., United States District Judge for the Eastern District of Arkansas.

Accordingly, we affirm. *See* 8th Cir. R. 47B. Vernon's pending motions are denied.